# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:13-cr-00288-LDG-VCF |
| **GEORGE MISHLER,** | ) | |
| Defendant. | ) | ORDER |

On August 5, 2013, the Federal Public Defender was appointed to represent George Mishler. The court was advised that a conflict exists by way of a Motion to Withdraw and Appointment of New Counsel (doc. 13), filed under seal August 26, 2013. Good cause appearing,

IT IS HEREBY ORDERED that the Federal Public Defender is relieved as counsel and Thomas Pitaro, Esq. is APPOINTED in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender must forward the file to Mr. Pitaro forthwith.

DATED this 5th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE